UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc.
_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

1:25 Civ. __03259__ ( JAV ) (____)

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley
_____

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) __JHON DAVID OCHOA__, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Complaint and Summons in a Civil Action

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Hand delivered _____ to the following persons (list the names and addresses of the people you served): Malik Beasley
The Ritz Carlton Nomad, 25 W 28th St. New York, NY 10001

on (date you served the document(s)) 4/21/2025.

4/22/2025
Dated

Signature: /s/ JDA

Address: 97-30 57 AVE APT 3G
City, State: NY
Zip: 11368

Telephone Number: 9179952661
E-Mail Address: JHONDAVID8A@gmail.com

Rev. 01/2013