**DANIEL MARCUS, ESQ.**                           (551)-427-5069
                                                  dan@hlgesq.com

**MEMO ENDORSED**

**BY ECF**

June 11, 2025
The Honorable Gary Stein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application granted.  The parties are directed to submit a status update apprising the Court as to the parties' progress in the settlement process by no later than July 11, 2025.

Date:   June 13, 2025
        New York, NY

**SO ORDERED:**

*/s/ Gary Stein/*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

**Re: Hazan Sports Management Group, Inc. v. Beasley/ 1:25-cv-03259-JAV-GS**

Dear Judge Stein,

I represent the Plaintiff, Hazan Sports Management Group, Inc., in the above captioned case. I hereby submit this letter motion for an extension of time to move for a default judgment as the parties have been engaged in settlement discussions which as of the date of this letter are still ongoing. The timing of when a settlement can be executed amongst the parties is predicated upon the defendant's financial liquidity which is directly related to the commencement of the National Basketball Association's ("NBA") free agency period which does not begin until July 6th.

Therefore, in the interest of judicial efficiency and providing the Parties with enough time to resolve this matter, pursuant to Local Civil Rule 7.1(d), the Plaintiff hereby requests an extension of (45) days to either file its motion for default judgment or provide the court with a further update regarding the progress (or lack thereof) of settlement negotiations.

Respectfully Submitted,

Daniel Marcus, Esq.