UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HAZAN SPORTS MANAGEMENT GROUP INC.,

            Plaintiff,   **DECLARATION**

   -against-          Case No. 1:25-cv-03259-JAV-GS

 MALIK BEASLEY

            Defendant.
-------------------------------------------X

DANIEL J. MARCUS declares the following to be true under the penalty of perjury:

  1. I am a Member of the Bar of this Court and am the attorney for the Plaintiff in the above-entitled action and I am personally familiar with all the facts and circumstances set forth below.

  2. I make this Declaration pursuant to Rules 55.1 and 55.2 of the Civil Rules for the Southern District of New York in support of Plaintiff's application for the entry of a Clerk's Certificate of Default against the Defendant, Malik Beasley.

  3. The Defendant was personally served with a copy of the summons and complaint herein on April 21, 2025. A copy of the Affidavit of Serviced filed with the Court is annexed hereto as Exhibit A.

  4. To date, Defendant Malik Beasley has not answered or moved against the summons and complaint and the time to do so has expired.

  5. The Court has subject matter jurisdiction under 28 U.S.C. § 1332. There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. The Defendant is subject to the personal jurisdiction of this Court because he is charged herein of breaching a contract in which he expressly and irrevocably agreed to be subject to the jurisdiction of this Court is an action arising out of or in connection with the said contract.

7. The Defendant Malik Beasley is not a minor, is not mentally incompetent, and is not a member of the United States Military.

8. A separate motion for a default judgment will be made upon the Clerk's entering a default against Defendant Malik Beasley.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default against defendant Malik Beasley for his failure to answer or move against the summons and complaint filed by Plaintiff and duly served upon the Defendant.

Respectfully Submitted.

_____
Daniel Marcus, Esq. (5664164)
Attorney for Plaintiff
82 Nassau Street
#62278
New York, New York 10038
Tel. 551-427-5069
Email: dan@hlgesq.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:25 Civ. 03259 ( JAV ) ( )

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* JHON DAVID OCHOA, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Complaint and Summons in a Civil Action upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Hand delivered to the following persons *(list the names and addresses of the people you served)*: Malik Beasley
The Ritz Carlton Nomad, 25 W 28th St. New York, NY 10001

on *(date you served the document(s))* 4/21/2025.

4/22/2025
Dated

Signature: /s/ JDSA

Address: 97-30 57 AVE APT 3G
City, State: NY 11368
Zip:

Telephone Number: 9179952661
E-Mail Address: JHONDAVID8A@gmail.com

Rev. 01/2013