## DANIEL MARCUS, ESQ.

(551)-427-5069
dan@hlgesq.com

**BY ECF**

August 11, 2025

The Honorable Gary Stein

United States Magistrate Judge

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

**Re: Hazan Sports Management Group, Inc. v. Beasley/ 1:25-cv-03259-JAV-GS**

Dear Judge Stein,

I represent the Plaintiff, Hazan Sports Management Group, Inc., in the above captioned case. I hereby submit this letter motion for an additional extension of time to move for a default judgment. Up until last week, (the week of August 4), the Defendant, Malik Beasley ("Beasley") had an attorney acting as an intermediary to help broker a resolution with the expectation that we would at least receive an offer from Beasley. At this stage, we have no reason to expect an offer from Beasley and instead intend to file a motion for default judgment with an accompanying memorandum of law per Judge Vargas's rules. Last week, we submitted a proposed clerk's certificate of default in anticipation of Beasley failing to come up with an offer. However, it was not until Friday, August 8th that we definitively learned that Beasley would not be extending an offer to the Plaintiff.

All of the relevant pleadings are near completion but in order to avoid running afoul of any deadlines, we respectfully request a one week extension to August 18, 2025, to allow us to file the motion for default judgment and all accompanying documents.

Respectfully Submitted,

Daniel Marcus, Esq.