**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Hazan Sports Management Group, Inc.

**Plaintiff(s),**

- against -

Malik Beasley

**Defendant(s),**
-------------------------------------------------------------X

1:25 **Civ.** 03259 (JAV )

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

4/20/2025 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Malik Beasley

**by personally serving** Malik Beasley ,

*and proof of service was therefore filed on* 4/29/2025 *, Doc. #(s)* 10 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

August 13 **, 20** 25

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** _Negam Dulal_
**Deputy Clerk**

SDNY Web 3/2015