UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc.

(List the name(s) of the plaintiff(s)/petitioner(s).)

25 Civ. 03259 (JAV) ( )

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Daniel Marcus, Esq., declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Proposed default judgment, Clerk's Certificate of default, Notice of Motion, Memorandum of law in support of the motion for default judgment, declarations in support of the motion, & the order scheduling default judgment briefing & Show Cause hearing upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Federal Express to the following persons (list the names and addresses of the people you served): Malik Beasley, 1150 Griswold Street, APT 3301, Detroit, Michigan 48266

on (date you served the document(s)) August 25, 2025.

8/25/2025
Dated

Signature

82 Nassau St #62278
Address
New York, NY
City, State
10038
Zip
551-427-5069
Telephone Number
dm@hlzesq.com
E-Mail Address

Rev. 01/2013