UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
HAZAN SPORTS MANAGEMENT GROUP INC.,

                Plaintiff,

      -v-

MALIK BEASLEY,

                Defendant.
------------------------------------------------------------------------ X

25-CV-03259 (JAV) (GS)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JEANNETTE A. VARGAS, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement | | |
| _X_ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                              _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge