# DANIEL MARCUS, ESQ.

(551)-427-5069
dan@hlgesq.com

**BY ECF**

October 22, 2025

The Honorable Gary Stein

United States Magistrate Judge

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

**Re: Hazan Sports Management Group, Inc. v. Beasley/ 1:25-cv-03259-JAV-GS**

Dear Judge Stein,

I represent the Plaintiff, Hazan Sports Management Group, Inc., in the above captioned case. I hereby submit this letter motion for dispensation of the show cause/default judgment hearing currently scheduled for November 18, 2025, and/or in the alternative request that the hearing be moved from an in-person hearing to a virtual hearing to accommodate my recent change of primary residence.

This case was filed in April of this year and in spite of being personally served with the complaint and summons and then further served with notice of the impending show cause/default judgment hearing, the Defendant, Malik Beasley, has demonstrated an obvious lack of interest in making an appearance in this case. On August 18, 2025, the Plaintiff submitted a memorandum of law to the Court in support of its motion for default judgment which the Plaintiff contends provides adequate legal and factual justification for why both a default judgment in the amount requested in this case is appropriate.

To the extent the Court prefers or requires additional information substantiating the exact damages calculation, the Plaintiff would be more than happy to supply such information but considering this is a simple contractual matter where the measure of relief was pre-negotiated by the Parties and set forth in the contract, the Plaintiff does not believe that a hearing/oral arguments will be any more productive or revelatory in resolving the questions before the court than additional written arguments or pleadings. In other words, the sum in question is a sum certain such that this case is capable of being disposed of pursuant to Fed. R. Civ. P. 55(b)(2).

The Plaintiff respectfully asks the Court to provide it with any additional information requests it may require or deem necessary in order to provide a ruling and ultimate resolution of this case, as there is no apparent justification to expend further judicial resources on a case where one party has been in default for nearly six months and has no intention of entering an appearance, (which he has communicated to the Plaintiff on more than one occasion).

In the event the court deems it necessary to hold the scheduled show cause hearing, I as the Plaintiff's counsel respectfully request that such hearing be moved to a virtual hearing, as during the pendency of this case moved to Charleston, South Carolina where I practice law remotely in accordance with the rules

of their state bar. As a solo practitioner I have no one that can attend the hearing in person in my stead. Moreover, the purpose of the hearing and the information sought from the hearing can easily be ascertained by virtual means without being prejudicial to the Defendant or hampering the Court's ability to obtain the requisite information to issue a ruling in this case.

Respectfully Submitted,

Daniel Marcus, Esq.