UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
HAZAN SPORTS MANAGEMENT GROUP,
INC.,

                       Plaintiff,

        -against-

MALIK BEASLEY,

                      Defendant.
-------------------------------------------------------------------------X

25 Civ. No. 3259 (JAV) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff's letter motion (Dkt. No. 34) is granted. The Default Judgment and Show Cause hearing shall remain scheduled for November 18, 2025 at 10 a.m., however, it shall be held remotely rather than in person. (*See* Dkt. 33). The parties are directed to join the conference at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [285 617 739 032 5]  Passcode: [YN2vC3qC]**

      SO ORDERED.

DATED:    New York, New York
               November 4, 2025

                                                    _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge