UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
HAZAN SPORTS MANAGEMENT GROUP INC.,

                                Plaintiff,      **DEFAULT JUDGMENT**

          -against-               Case No. **1:25-cv-03259-JAV-GS**

MALIK BEASLEY,

                                Defendant.
------------------------------------------X

     This action having been commenced on April 20, 2025 by the filing of the Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Malik Beasley on April 21, 2025 by personal delivery to Defendant, Malik Beasley, and a proof of service having been filed on April 29, 2025 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $1,193,774.64 with interest at 9% from February 26, 2025 amounting to $89,533.10 amounting in all to $1,283,307.74.

Dated: December 2, 2025
New York, New York

                                                     _____
                                                           USDJ