UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
HAZAN SPORTS MANAGEMENT GROUP INC.,

                                            Plaintiff,      **DECLARATION**

      -against-                                 Case No. **1:25-cv-03259-JAV-GS**

MALIK BEASLEY,

                                           Defendant.
------------------------------------------------X

DANIEL MARCUS, ESQ. declares the following to be true under the penalty of perjury:

    1.    I am a Member of the Bar of this Court and am the attorney of record for the Plaintiff in the above-entitled action and I am personally familiar with all the facts and circumstances set forth below.

    2.    I make this Declaration pursuant to Rule 55.2 of the Civil Rules for the Southern District of New York in support of Plaintiff's application for the entry of a Judgment in an amount certain against Defendant Malik Beasley ("Beasley").

    3.    Beasley was personally served with a copy of the summons and complaint herein on April 21, 2025. A copy of the Affidavit of Service filed with the Court is annexed hereto as Exhibit A.

    4.    To date, Defendant Malik Beasley has not answered or moved against the summons and complaint and the time to do so has expired. Attached as Exhibit B is a copy of the Clerk's Certificate of Default entered on August 13, 2025.

    5.    There have been no procedural developments beyond the service of the summons and complaint and the entry of the Clerk's Certificate of Default.

6. The proposed damages are set forth in the Declaration of Plaintiff's founder and President Daniel Hazan which is being filed as part of this motion as well as the attached accounting of additional expenses.

7. The Court has subject matter jurisdiction under 28 U.S.C. § 1332. There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. The Defendant is subject to the personal jurisdiction of this Court because he is charged herein of breaching a contract in which he expressly and irrevocably agreed to be subject to the jurisdiction of this Court is an action arising out of or in connection with the said contract.

9. The Defendant is not a minor, is not mentally incompetent, and is not a member of the United States Military. I know that he is not a member of the United States Military because he is an unemployed professional basketball player who has never previously enlisted in any branch of the United States Military. Additionally, I did a search through the SCRA website and was advised that there is no record of a persona by the name of Malik Beasley being an active member of the United States Military.

WHEREFORE, Plaintiff respectfully requests that this Court enter a default judgment against Defendant, Malik Beasley.

Dated: New York, NY
      December 2, 2025

*Daniel J. Marcus, Esq.*
Daniel Marcus, Esq.

# EXHIBIT A

**(Affidavit of Service)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:25 Civ. 03259 (JAV) ( )

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley

*(List the name(s) of the defendant(s)/respondent(s).)*

I, (print your name) JHON DAVID OCHOA, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Complaint and Summons in a Civil Action

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Hand delivered to the following persons (list the names and addresses of the people you served): Malik Beasley
The Ritz Carlton Nomad, 25 W 28th St. New York, NY 10001

on (date you served the document(s)) 4/21/2025.

4/22/2025
Dated

Signature: /s/ JDOA

Address: 97-30 57 AVE APT 3G
City, State: NY 11368
Zip:

Telephone Number: 9179952661
E-Mail Address: JHONDAVID8A@gmail.com

Rev. 01/2013

# EXHIBIT B

**(Clerk's Certificate of Default)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Hazan Sports Management Group, Inc.

                  **Plaintiff(s),**

1:25 Civ. 03259 (JAV)

           - against -

**CLERK'S CERTIFICATE OF DEFAULT**

Malik Beasley

                  **Defendant(s),**
-------------------------------------------------------------X

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 4/20/2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Malik Beasley by personally serving Malik Beasley, and proof of service was therefore filed on 4/29/2025, Doc. #(s) 10.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

       August 13, 20 25

                                                TAMMI M. HELLWIG
                                                Clerk of Court

                                        By: *Negam Dulal*
                                                   Deputy Clerk