UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

HAZAN SPORTS MANAGEMENT GROUP, INC.,   :

                Plaintiff,        :

                                  :

    -v-                            :

                                  :

MALIK BEASLEY,                     :

                                  :

                Defendant.     :
-------------------------------------------------------------------X

**25-CV-03259 (JAV) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On December 2, 2025, Plaintiff filed an amended motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  (*See* Dkt. No. 36).

It is hereby ORDERED that Defendant shall file any opposition to the amended motion for default judgment by December 23, 2025.

It is further ORDERED that, within one business day of the date of this Order, Plaintiff serve Defendant via overnight courier with (1) a copy of the amended motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

        **SO ORDERED.**

Dated: December 5, 2025
       New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge