# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc

_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

1:25 Civ. 03259 (JAV)(GS)

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley

_____

_____

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Daniel Marcus, Esq., declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Notice of Motion, Declarations of Daniel Marcus, Esq. + Daniel Hazan, the proposed default judgment, a copy of the Plaintiff's accounting of costs, and the explanatory letter from R. Plaintiff.

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) UPS to the following persons (list the names and addresses of the people you served): Malik Beasley 1150 Griswold St Unit 3301, Detroit, Michigan 48226

on (date you served the document(s)) 12/8/2025.

12/08/2025
Dated

Signature

82 Nassau St #62278
Address

New York, NY
City, State

10038
Zip

551-427-5269
Telephone Number

dan@hjesq.com
E-Mail Address

*Rev. 01/2013*

