UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hazan Sports Management Group, Inc.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:25 Civ. 03259  ( JAV ) ( GS )

- against -

**AFFIRMATION OF SERVICE**

Malik Beasley

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Daniel Marcus, Esq. , declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Report and Reccommendation issued by the US Magistrate Judge, the Honorable Gary Stein dated January 31, 2026.

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Federal Express to the following persons *(list the names and addresses of the people you served)*:
Malik Beasley, 1150 Griswold St Unit 3301, Detroit, MI  48226

on *(date you served the document(s))* 2/9/2026 .

2/9/2026
Dated

*Daniel J. Marcus, Esq.*
Signature

82 Nassau St #62278
Address

New York, NY
City, State

10038
Zip

551-427-5069
Telephone Number

dan@hlgesq.com
E-Mail Address

*Rev. 01/2013*