UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                                             :

HAZAN SPORTS MANAGEMENT GROUP, INC.,     :
                                                                                                             :          25-CV-3259 (JAV) (VF)
                                               Plaintiffs,        :
                                                                               :          <u>ORDER ADOPTING</u>
                          -v-                            :          <u>REPORT AND</u>
                                                                               :          <u>RECOMMENDATION</u>
MALIK BEASLEY,                                         :
                                                                               :
                                     Defendant.       :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

      On September 15, 2025, the Court referred this action to Magistrate Judge Gary Stein to prepare a Report and Recommendation with respect to Plaintiff's motion for default judgment and to conduct an inquest on damages. ECF No. 32. In the Report and Recommendation filed on January 31, 2026, Magistrate Judge Stein recommended that the motion be granted. ECF No. 44.

      In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). Conclusory or general objections that merely refer the district court to previously filed papers or arguments do not constitute proper objections under Rule 72(b). *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022). To accept those portions of the report to which no timely or proper objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record. *See id.* at 120 & n.4.

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *See* ECF No. 44.  In addition, the Report and Recommendation expressly called Defendant's attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Defendant has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Miller*, 43 F.4th at 120.

Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be thorough, well reasoned and grounded in fact and law.  Having found no errors, the Court ADOPTS the Report and Recommendation in its entirety.

## CONCLUSION

For the foregoing reasons, the R&R is ADOPTED in full.  The default judgment motion is GRANTED, and Plaintiff is awarded damages of $1,000,000, plus pre-judgment interest in the amount of $246.58 per day from March 27, 2025, until the date that judgment is entered, and post-judgment interest pursuant to 28 U.S.C. § 1961.  The Clerk of Court is directed to terminate ECF No. 23 and 36, to enter judgment for Plaintiff consistent with this Order, and to close the case.

SO ORDERED.

Dated: March 5, 2026
      New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge