**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

HAZAN SPORTS MANAGEMENT
GROUP, INC.,

                    Plaintiff,                              25 **CIVIL** 3259 (JAV)(VF)

          -against-                                  **<u>DEFAULT JUDGMENT</u>**

MALIK BEASLEY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2026, the R&R is ADOPTED in full. The default judgment motion is GRANTED, and Plaintiff is awarded damages of $1,000,000, plus pre-judgment interest in the amount of $246.58 per day from March 27, 2025, until the date that judgment is entered, in the amount of $85,316.68, and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
          March 7, 2026

                                        **TAMMI M. HELLWIG**

                                      _____

                                        **Clerk of Court**

                                      *K. mango*

**BY:**

                                      _____

                                        **Deputy Clerk**